IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL G. GLAZEBROOK, | |
| Petitioner, | 8:20CV71 |
| vs. | |
| SCOTT FRAKES, NDCS; | MEMORANDUM AND ORDER |
| Respondent. | |

The petitioner has not paid the filing fee or submitted a motion to proceed in forma pauperis by the due date, March 25, 2020. Accordingly,

IT IS ORDERED that the Petition for Writ of Habeas Corpus ([filing no. 1](filing no. 1)) is denied without prejudice. No certificate of appealability will be issued.

Dated this 8th day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge